Henderson, Chief-Justice.
 

 — It is unnecessary to examine into the fraud charged upon
 
 Euckaby,
 
 in affecting the Sheriff’s sale, under which he claims a part of the property. For by it lie certainly acquired no title, be it ever so fair, as the executor of
 
 Hill
 
 had, before the issuing of the execution under which the sale was made, assented to the legacy to
 
 Mill’s
 
 widow for life, whom
 
 Euckaby
 
 afterwards married. The Sheriff therefore was not authorized to sell, the negroes not being the estate of
 
 Mill
 
 in the hands of the executor. The property therefore remains in the same situation as if there had been no sale, its it is not so very clear, that the .sale was fraudulently procured by
 
 Euckaby,
 
 he must be allowed the purchase money paid by him.
 

 The Clerk and Master will take an account of the hire of the negroes, and the money paid by
 
 Euckaby.
 

 Per Curiam.
 

 — Decree accordingly.